JEFFREY A. SILVESTRI, ESQ. (SBN 194229)
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com

*Attorneys for Defendant*
*DHI MORTGAGE COMPANY, LTD. L.P.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY PHILLIPS and JILISSA SPENCER,<br><br>Plaintiffs,<br><br>vs.<br><br>DHI MORTGAGE COMPANY, LTD. LP; CHICAGO TITLE COMPANY; "MERS"MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; NDEX WEST, LLC; INDYMAC FEDERAL BANK FSB; COUNTRYWIDE BANK SERVICE; and DOES I-X, inclusive,<br><br>Defendants. | Case No.: 1:09-cv-01028-OWW-SMS<br><br>**ORDER GRANTING DEFENDANT DHI MORTGAGE COMPANY, LTD. L.P.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date: September 28, 2009<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 3, 7th Floor<br>Judge: Hon. Oliver W. Wanger<br><br>Complaint Filed: April 13, 2009<br>Notice of Removal Filed: June 11, 2009 |

On June 3, 2009, Defendant DHI MORTGAGE COMPANY, LTD., L.P. ("DHI Mortgage") served its Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim for Which Relief Can be Granted (the "Motion to Dismiss") on *pro se* plaintiffs CORY PHILLIPS and JILISSA SPENCER (collectively, the "Plaintiffs") at their residence, located at 722 Orestimba Peak Drive, Newman, California 95360. Plaintiffs did not file an opposition to DHI Mortgage's Motion to Dismiss or a statement of non-opposition to the Motion to Dismiss.

DHI Mortgage's Motion to Dismiss came on regularly for hearing on Monday, September 28, 2009 at 10:00 a.m. in Courtroom No. 3, the Honorable Oliver W. Wanger

PDF created with pdfFactory trial version www.pdffactory.com

presiding. Jeffrey A. Silvestri, Esq. appeared on behalf of DHI Mortgage; neither Plaintiffs nor any other party appeared, or were represented by counsel.

The Court having considered all moving papers and pleadings on file in this matter, oral argument at the hearing on this matter, and for the reasons set forth in the Court's October 2, 2009 Memorandum Decision Re: DHI Mortgage Company's Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim for Which Relief Can Be Granted (Doc. 4), the Court hereby GRANTS DHI Mortgage's Motion to Dismiss in its entirety and dismisses Plaintiffs' Complaint with prejudice as to DHI Mortgage. The Court further concludes that, because Plaintiffs' claims are incognizable or barred as a matter of law, and because Plaintiffs cannot cure their claims by allegation of other facts, DHI Mortgage's Motion to Dismiss is granted without leave to amend.

IT IS SO ORDERED.

Dated: October 15, 2009  /s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
United States District Judge

::LVDOCS\177577\1

PDF created with pdfFactory trial version www.pdffactory.com